

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| AVERARDO P. PASCARELLA<br><br>                Plaintiff<br>v.<br><br>TEN-EX, INC., ET AL.<br><br>                Defendants. | No. 3:23-cv-00849-MPS |

## VOLUNATRY DISMISSAL OF ACTION

TO THE CLERK OF THE COURT:

    Kindly dismiss the above action without prejudice as to all defendants.

                                            THE PASCARELLA LAW FIRM, P.C.

                                            By: /s/Averardo P. Pascarella, Esq.
                                            P.O. Box 2
                                            Greenwich, CT 06830
                                            (917) 771-2511

                                            Pro Se